**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  **v.**                          **CRIMINAL NO. 1:17CR71-01**
                                          **(Judge Keeley)**

**MEYLAN MONTALVO GOMEZ,**

      **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 191), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On June 4, 2018, the defendant, Meylan Montalvo Gomez ("Gomez"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Counts One and Four of the Indictment. Gomez stated that she understood that the magistrate judge is not a United States district judge, and consented to pleading before the magistrate judge. This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Gomez's statements during the plea hearing and the testimony of Jason Weber, Special Agent, Cyber Crimes Task Force, Federal Bureau of Investigation, the magistrate judge found that Gomez was competent to enter a plea, that the plea was freely and

USA v. GOMEZ                                          1:17CR71-01

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 191),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

voluntarily given, that she was aware of the nature of the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea. On June 5, 2018, the magistrate judge entered an Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 191) finding a factual basis for the plea and recommended that this Court accept Gomez's plea of guilty to Counts One and Four of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Gomez's guilty plea, and **ADJUGES** her **GUILTY** of the crime charged in Counts One and Four of the Indictment.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

USA v. GOMEZ                                                    1:17CR71-01

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 191),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

1.  The Probation Officer shall undertake a presentence investigation of Gomez, and prepare a presentence report for the Court;

2.  The Government and Gomez shall provide their versions of the offense to the probation officer by **June 27, 2018**;

3.  The presentence report shall be disclosed to Gomez, defense counsel, and the United States on or before **August 27, 2018**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4.  Counsel may file written objections to the presentence report on or before **September 10, 2018;**

5.  The Office of Probation shall submit the presentence report with addendum to the Court on or before **September 19, 2018**; and

6.  Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **September 19, 2018.**

**USA v. GOMEZ**                                                  **1:17CR71-01**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 191), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

The magistrate judge remanded Gomez to the custody of the U.S. Marshal.

The Court will conduct the sentencing hearing for the defendant on **Wednesday, October 3, 2018** at **2:00 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record; Johnnie Benningfield, Court Certified Interpreter; and all appropriate agencies.

DATED: June 19, 2018

                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE